IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

APR 08 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY________________,DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No.** CR 21-076 C |
| | ) | |
| **OSCAR HERNANDEZ FLORES,** | ) | **Violations:** **21 U.S.C. § 846** |
| **a/k/a O,** | ) | **21 U.S.C. § 841(a)(1)** |
| **LUCERO HERNANDEZ FLORES,** | ) | **18 U.S.C. § 2** |
| **a/k/a Lucy,** | ) | **21 U.S.C. § 856(a)(1)** |
| **ARMANDO MARTINEZ RODRIGUEZ,** | ) | **18 U.S.C. § 924(c)(1)(A)** |
| **a/k/a Topo Gigio,** | ) | **18 U.S.C. § 922(g)(1)** |
| **DOMITILA MARTINEZ HERNANDEZ,** | ) | **18 U.S.C. § 1956(h)** |
| **JOCELYN MARTINEZ,** | ) | **18 U.S.C. § 1956(a)(2)(A)** |
| **a/k/a J,** | ) | **18 U.S.C. § 1957** |
| **MARIANO CRUZ HERNANDEZ,** | ) | **18 U.S.C. § 924(d)** |
| **a/k/a Pampers,** | ) | **21 U.S.C. § 853** |
| **RAFAEL MORENO,** | ) | **28 U.S.C. § 2461(c)** |
| **DANIEL MORALES LARA,** | ) | |
| **ARTEMIO CARRILLO RAMIREZ,** | ) | |
| **JOSE ISRAEL CARRILLO RAMIREZ,** | ) | |
| **JOSE LUIS TORRES NARANJO,** | ) | |
| **ERNESTO CORRAL CERDA,** | ) | |
| **CHARLES MANSFIELD,** | ) | |
| **a/k/a Fame,** | ) | |
| **a/k/a Junior,** | ) | |
| **MATTHEW PERRY,** | ) | |
| **a/k/a Money Pak,** | ) | |
| **JOSHUA H. RYAN, JR.,** | ) | |
| **MICHAEL NELSON,** | ) | |
| **HEATHER BOYD, and** | ) | |
| **KATHERINE BARRETT,** | ) | |
| **a/k/a Kat,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# INDICTMENT

The Federal Grand Jury charges:

**COUNT 1**
**(Drug Conspiracy)**

From in or about January 2018, the exact date being unknown to the Grand Jury, and continuing thereafter through on or about March 3, 2021, within the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O,**
**LUCERO HERNANDEZ FLORES,**
**a/k/a Lucy,**
**ARMANDO MARTINEZ RODRIGUEZ,**
**a/k/a Topo Gigio,**
**DOMITILA MARTINEZ HERNANDEZ,**
**JOCELYN MARTINEZ,**
**a/k/a J,**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,**
**RAFAEL MORENO,**
**DANIEL MORALES LARA,**
**ARTEMIO CARRILLO RAMIREZ,**
**JOSE ISRAEL CARRILLO RAMIREZ,**
**JOSE LUIS TORRES NARANJO,**
**ERNESTO CORRAL CERDA,**
**CHARLES MANSFIELD,**
**a/k/a Fame,**
**a/k/a Junior,**
**MATTHEW PERRY,**
**a/k/a Money Pak,**
**JOSHUA H. RYAN, JR.,**
**MICHAEL NELSON,**
**HEATHER BOYD, and**
**KATHERINE BARRETT,**
**a/k/a Kat,** --------------------------------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with each other and others, both known and unknown to the Grand Jury, to interdependently possess

with intent to distribute and to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were accomplished by the following means, among others:

1. During the period of the conspiracy, **OSCAR HERNANDEZ FLORES** and his sister **LUCERO HERNANDEZ FLORES** ran a drug-trafficking organization (the Hernandez DTO) from San Luis Potosi, Mexico. This organization was involved in the importation of methamphetamine from Mexico, the distribution of that methamphetamine throughout Oklahoma, and the collection of drug proceeds for return to Mexico.

2. Because **OSCAR HERNANDEZ FLORES** and **LUCERO HERNANDEZ FLORES** were in Mexico, while much of the drug trafficking took place in Oklahoma, they necessarily relied on trusted family members and close family friends to conduct their business in Oklahoma. These persons included **ARMANDO MARTINEZ RODRIGUEZ** (**OSCAR HERNANDEZ FLORES'** brother-in-law), **DOMITILA MARTINEZ HERNANDEZ** (**OSCAR HERNANDEZ FLORES'** sister), **JOCELYN MARTINEZ** (**ARMANDO MARTINEZ RODRIGUEZ** and

**DOMITILA MARTINEZ HERNANDEZ's** daughter), and **MARIANO CRUZ HERNANDEZ** (a cousin).

3. During the period of the conspiracy, **OSCAR HERNANDEZ FLORES** and **LUCERO HERNANDEZ FLORES** directed the distribution of thousands of pounds of methamphetamine to customers of the Hernandez DTO. The first phase of the Hernandez DTO's drug activities involved the importation of liquid methamphetamine from Mexico to Oklahoma. That liquid methamphetamine was transported to Oklahoma primarily in large semi-trucks. Once in Oklahoma, that methamphetamine was offloaded by individuals including **ARTEMIO CARRILLO RAMIREZ, JOSE ISRAEL CARRILLO RAMIREZ, JOSE LUIS TORRES NARANJO**, and **ERNESTO CORRAL CERDA**, among others. One site used to offload the liquid methamphetamine was 11212 NE 44th Street, Spencer, Oklahoma—a property purchased by **ARMANDO MARTINEZ RODRIGUEZ.**

4. During the period of the conspiracy, once the liquid methamphetamine was offloaded in Oklahoma, members of the conspiracy—including **ARTEMIO CARRILLO RAMIREZ, JOSE ISRAEL CARRILLO RAMIREZ, JOSE LUIS TORRES NARANJO,** and **ERNESTO CORRAL CERDA**—would transport the liquid methamphetamine to large-scale conversion laboratories, where they would convert the methamphetamine from liquid to crystal form. Two of those

conversion laboratories were located on properties purchased by **ARMANDO MARTINEZ RODRIGUEZ**—namely, the properties at 32001 Southern Trails Circle, Tecumseh, Oklahoma, and 42482 Hope Road, Tecumseh, Oklahoma.

5. During the period of the conspiracy, once the methamphetamine had been converted to crystal form, members of the conspiracy—including **ARTEMIO CARRILLO RAMIREZ**, **JOSE ISRAEL CARRILLO RAMIREZ**, **JOSE LUIS TORRES NARANJO**, **ERNESTO CORRAL CERDA**, and **DANIEL MORALES LARA**—would transport that methamphetamine to individuals who would then deliver the methamphetamine to customers in Oklahoma at the direction of **OSCAR HERNANDEZ FLORES** and **LUCERO HERNANDEZ FLORES**.

6. During the period of the conspiracy, several individuals—including **JOCELYN MARTINEZ**, **MARIANO CRUZ HERNANDEZ**, **RAFAEL MORENO**, and T.G., amongst others—delivered methamphetamine on behalf of the Hernandez DTO. Because **OSCAR HERNANDEZ FLORES** and **LUCERO HERNANDEZ FLORES** were directing the activities of the Hernandez DTO from Mexico, they relied on the use of cell phones to coordinate these deliveries. Several of those cell phones—including phones belonging to **MARIANO CRUZ HERNANDEZ** and T.G.—were the subject of Title III wiretaps.

7. During the period of the conspiracy, the primary customer base for the Hernandez DTO was comprised of individuals who were incarcerated in various penal institutions run by the Oklahoma Department of Corrections, including the Oklahoma State Penitentiary (OSP) in McAlester, Oklahoma. Despite their incarceration, these individuals—including **CHARLES MANSFIELD**, **MATTHEW PERRY**, C.W., G.P., I.B., and T.H., among others—ran large drug-trafficking operations of their own from behind bars. They accomplished this through the use of contraband cell phones. Several of those contraband cell phones—including phones belonging to G.P. and I.B.—were the subject of Title III wiretaps.

8. Because the majority of the Hernandez DTO's primary customers were incarcerated individuals, those incarcerated customers—including **CHARLES MANSFIELD**, **MATTHEW PERRY**, C.W., G.P., I.B., and T.H.—all relied on third parties who were not incarcerated to serve as couriers or re-distributors of drugs they arranged to be delivered. These couriers—including **MICHAEL NELSON**, **HEATHER BOYD**, **KATHERINE BARRETT**, A.E., J.M., P.B., L.J., J.L., and others—would serve as the de facto presence on the street for the incarcerated members of the conspiracy. Those incarcerated members of the conspiracy, including **CHARLES MANSFIELD**, **MATTHEW PERRY**, C.W., G.P., I.B. and T.H., would maintain stores of drugs and money with the couriers, and would direct drug transactions—using their contraband cell phones—from prison,

with the couriers acting as their representatives. Other individuals—including **JOSHUA H. RYAN, JR.**—were themselves significant distributors of methamphetamine who used incarcerated individuals, such as G.P., to broker drug transactions with the Hernandez DTO.

9. Typical of the conspiracy, one of the incarcerated members of the conspiracy would dispatch a courier to meet with a member of the Hernandez DTO to pick up methamphetamine. The incarcerated member would contact either **OSCAR HERNANDEZ FLORES** or **LUCERO HERNANDEZ FLORES** to arrange the delivery in the first instance. **OSCAR HERNANDEZ FLORES** and **LUCERO HERNANDEZ FLORES**, in turn, would contact an Oklahoma-based member of the Hernandez DTO, including **JOCELYN MARTINEZ, MARIANO CRUZ HERNANDEZ**, and T.G., who would direct them to meet a courier or customer for the incarcerated coconspirator. The Hernandez DTO would then supply the incarcerated conspirator—through his courier—or that incarcerated coconspirator's customer with kilogram quantities of methamphetamine.

10. Once the couriers had possession of the drugs, those couriers—including, but not limited to, **MICHAEL NELSON, HEATHER BOYD, KATHERINE BARRETT**, A.E., J.M., and P.B.—would store the drugs in their vehicles, hotel rooms, or homes on behalf of the incarcerated members of the conspiracy. They would then redistribute the methamphetamine on behalf of the incarcerated conspirator for whom that courier was working.

Similarly, large-scale customers, such as **JOSHUA H. RYAN, JR.**, would store and then re-distribute the drugs obtained from the Hernandez DTO.

11. The Hernandez DTO would often front—or provide on consignment—multi-kilogram quantities of methamphetamine to individuals associated with the conspiracy. Once the drugs were sold, the money from those drug sales was collected by individuals including **JOCELYN MARTINEZ**, **MARIANO CRUZ HERNANDEZ**, and T.G. Those drug proceeds would then be stored with still other members of the conspiracy, including **ARMANDO MARTINEZ RODRIGUEZ** and **DOMITILA MARTINEZ HERNANDEZ** at their residence at 1922 W. Park Pl., Oklahoma City, Oklahoma. Some of this money was wired to Mexico by members of the conspiracy for the benefit of **OSCAR HERNANDEZ FLORES** and **LUCERO HERNANDEZ FLORES**. The vast majority of the millions of dollars generated by this organization, however, was shipped via bulk cash smuggling, with the ultimate destination being Mexico. Various members of this conspiracy, including, but not limited to, **ARMANDO MARTINEZ RODRIGUEZ**, **DOMITILA MARTINEZ HERNANDEZ**, and **DANIEL MORALES LARA** transported or arranged to be transported significant sums of drug proceeds on behalf of the Hernandez DTO.

12. During the period of the conspiracy, members of the conspiracy—including **JOCELYN MARTINEZ**, **MARIANO CRUZ HERNANDEZ**,

**MICHAEL NELSON**, **HEATHER BOYD**, and others—possessed firearms in furtherance of the conspiracy and its drug-trafficking goals.

The Grand Jury incorporates by reference all statements and allegations contained in Counts 2 through 60 and Counts 62 through 196 inclusive, as though fully set forth herein.

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

**COUNT 2**
**(Distribution of Methamphetamine)**

On or about October 28, 2019, in the Western District of Oklahoma and elsewhere,

------------------------------ **LUCERO HERNANDEZ FLORES,**
**a/k/a Lucy, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** --------------------------------------------------

knowingly and intentionally distributed approximately 965.2 grams of actual methamphetamine, a Schedule II controlled substance, to a confidential source.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 3**
**(Distribution of Methamphetamine)**

On or about November 12, 2019, in the Western District of Oklahoma and elsewhere,

------------------------------ **LUCERO HERNANDEZ FLORES,**
**a/k/a Lucy, and**
**JOCELYN MARTINEZ,**
**a/k/a J,** -----------------------------------------------------------

knowingly and intentionally distributed approximately 966.9 grams of actual methamphetamine, a Schedule II controlled substance, to a confidential source.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 4**
**(Distribution of Methamphetamine)**

On or about December 3, 2019, in the Western District of Oklahoma and elsewhere,

------------------------------ **LUCERO HERNANDEZ FLORES,**
**a/k/a Lucy,**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers, and**
**RAFAEL MORENO** ----------------------------------------------

knowingly and intentionally distributed approximately 1,882 grams of actual methamphetamine, a Schedule II controlled substance, to a confidential source.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 5**
**(Distribution of Methamphetamine)**

On or about January 6, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **LUCERO HERNANDEZ FLORES,**
**a/k/a Lucy, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** ---------------------------------------------------

knowingly and intentionally distributed approximately 1,931 grams of actual methamphetamine, a Schedule II controlled substance, to a confidential source.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 6**
**(Distribution of Methamphetamine)**

On or about February 25, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **LUCERO HERNANDEZ FLORES,**
**a/k/a Lucy, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** ---------------------------------------------------

knowingly and intentionally distributed approximately 2,949 grams of actual methamphetamine, a Schedule II controlled substance, to a confidential source.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 7**
**(Distribution of Methamphetamine)**

On or about March 26, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------- **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** ------------------------------------------------

knowingly and intentionally distributed approximately 1,956 grams of actual methamphetamine, a Schedule II controlled substance, to T.R. and I.B.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 8**
**(Distribution of Methamphetamine)**

On or about May 14, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------- **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** ------------------------------------------------

knowingly and intentionally distributed approximately 9,549.9 grams of actual methamphetamine, a Schedule II controlled substance, to P.B. for **MATTHEW PERRY**.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 9**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about May 14, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------------- **MATTHEW PERRY,**
**a/k/a Money Pak,** ---------------------------------------

knowingly and intentionally distributed approximately 9,549.9 grams of actual methamphetamine, a Schedule II controlled substance, through P.B.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 10**
**(Distribution of Methamphetamine)**

On or about May 18, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** -----------------------------------------------

knowingly and intentionally distributed approximately 13,198 grams of actual methamphetamine, a Schedule II controlled substance, to C.W. through A.E.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 11**
**(Distribution of Methamphetamine)**

On or about May 19, 2020, in the Western District of Oklahoma and elsewhere,

----------------------------- **LUCERO HERNANDEZ FLORES,**
**a/k/a Lucy,** -----------------------------------------------------

knowingly and intentionally distributed approximately 431.5 grams of actual methamphetamine, a Schedule II controlled substance, to a confidential source through I.B. and J.L.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 12**
**(Distribution of Methamphetamine)**

On or about June 11, 2020, in the Western District of Oklahoma and elsewhere,

----------------------------- **LUCERO HERNANDEZ FLORES,**
**a/k/a Lucy, and**
**KATHERINE BARRETT,**
**a/k/a Kat,** -----------------------------------------------------

knowingly and intentionally distributed approximately 951.3 grams of actual methamphetamine, a Schedule II controlled substance, to a confidential source.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 13**
**(Distribution of Methamphetamine)**

On or about June 25, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **LUCERO HERNANDEZ FLORES,**
**a/k/a Lucy,** -------------------------------------------------------

knowingly and intentionally distributed approximately 1,931 grams of actual methamphetamine, a Schedule II controlled substance, to a confidential source through T.G.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 14**
**(Distribution of Methamphetamine)**

On or about August 24, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **LUCERO HERNANDEZ FLORES,**
**a/k/a Lucy,** -------------------------------------------------------

knowingly and intentionally distributed approximately 995 grams of actual methamphetamine, a Schedule II controlled substance, to a confidential source through T.G.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 15**
**(Distribution of Methamphetamine)**

On or about August 31, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O,** --------------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to C.W. at 3313 SW 48th Street, Oklahoma City, Oklahoma, through T.G.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 16**
**(Distribution of Methamphetamine)**

On or about September 5, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O,** --------------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to T.P. through T.G.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 17**
**(Distribution of Methamphetamine)**

On or about September 7, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O,** ----------------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to C.W. at 3313 SW 48th Street, Oklahoma City, Oklahoma, through T.G.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 18**
**(Distribution of Methamphetamine)**

On or about September 16, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O,** ----------------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to C.W. and J.M. at 3313 SW 48th Street, Oklahoma City, Oklahoma, through T.G.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United

States Code, Section 2.

**COUNT 19**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about September 16, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------- **OSCAR HERNANDEZ FLORES,**
**a/k/a O,** ----------------------------------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, which was located at 1221 SW 22nd Street, Apartment 4, Oklahoma City, Oklahoma.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 20**
**(Distribution of Methamphetamine)**

On or about September 28, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **LUCERO HERNANDEZ FLORES,**
**a/k/a Lucy, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** ---------------------------------------------------

knowingly and intentionally distributed approximately 998 grams of actual methamphetamine, a Schedule II controlled substance, to a confidential source.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 21**
**(Distribution of Methamphetamine)**

On or about October 7, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** ------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to L.J.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 22**
**(Distribution of Methamphetamine)**

On or about October 8, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** ------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to **JOSHUA H. RYAN, JR.**

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 23**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about October 8, 2020, in the Western District of Oklahoma,

------------------------------------- **JOSHUA H. RYAN, JR.** ------------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

**COUNT 24**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about October 14, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O,** ---------------------------------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, at 32001 Southern Trails Circle, Tecumseh, Oklahoma.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 25**
**(Maintaining a Drug-Involved Premises)**

On or about October 14, 2020, in the Western District of Oklahoma,

-------------------------- **ARMANDO MARTINEZ RODRIGUEZ,**
**a/k/a Topo Gigio,** ---------------------------------------------------

knowingly opened, leased, rented, used, and maintained a place at 32001 Southern Trails Circle, Tecumseh, Oklahoma, for the purpose of manufacturing and distributing methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1).

**COUNT 26**
**(Distribution of Methamphetamine)**

On or about October 31, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** ------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to I.B. and T.P.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 27**
**(Distribution of Methamphetamine)**

On or about November 7, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** ------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to I.B. and T.P.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 28**
**(Distribution of Methamphetamine)**

On or about November 8, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** ------------------------------------------------

knowingly and intentionally distributed a quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to **JOSHUA H. RYAN, JR.**

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(C), and Title 18, United States Code, Section 2.

**COUNT 29**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about November 8, 2020, in the Western District of Oklahoma,

------------------------------------ **JOSHUA H. RYAN, JR.** ------------------------------------

knowingly and intentionally possessed with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(C).

**COUNT 30**
**(Distribution of Methamphetamine)**

On or about November 8, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** --------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to a courier working for **CHARLES MANSFIELD**.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 31**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about November 8, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------------ **CHARLES MANSFIELD,**
**a/k/a Fame,**
**a/k/a Junior,** -------------------------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 32**
**(Distribution of Methamphetamine)**

On or about November 11, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------- **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** ---------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to I.B. and V.S.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 33**
**(Distribution of Methamphetamine)**

On or about November 14, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------- **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** --------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to C.W. at 2920 SW 11th Street, Oklahoma City, Oklahoma.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 34**
**(Distribution of Methamphetamine)**

On or about November 15, 2020, in the Western District of Oklahoma,

---------------------------------- **DANIEL MORALES LARA** ---------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its

isomers, a Schedule II controlled substance, to **MARIANO CRUZ HERNANDEZ.**

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 35**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about November 15, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** --------------------------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 36**
**(Distribution of Methamphetamine)**

On or about November 16, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** --------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to C.W. at 2920 SW 11th Street, Oklahoma City, Oklahoma.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 37**
**(Distribution of Methamphetamine)**

On or about November 18, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** --------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to I.B. and T.P.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 38**
**(Distribution of Methamphetamine)**

On or about November 18, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** ------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to C.W. at 2920 SW 11th Street, Oklahoma City, Oklahoma.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 39**
**(Distribution of Methamphetamine)**

On or about November 18, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** ------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its

isomers, a Schedule II controlled substance, to a courier working for **CHARLES MANSFIELD**.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 40**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about November 18, 2020, in the Western District of Oklahoma and elsewhere,

----------------------------------- **CHARLES MANSFIELD,**
**a/k/a Fame,**
**a/k/a Junior,** ------------------------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 41**
**(Distribution of Methamphetamine)**

On or about November 19, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**

**a/k/a Pampers,** ---------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to a courier working for **CHARLES MANSFIELD**.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 42**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about November 19, 2020, in the Western District of Oklahoma and elsewhere,

----------------------------------- **CHARLES MANSFIELD,**
**a/k/a Fame,**
**a/k/a Junior,** ------------------------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 43**
**(Distribution of Methamphetamine)**

On or about November 21, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** -------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to I.B. and T.P.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 44**
**(Distribution of Methamphetamine)**

On or about November 23, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** -------------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to C.W. at 2920 SW 11th Street, Oklahoma City, Oklahoma.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 45**
**(Distribution of Methamphetamine)**

On or about November 28, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------ **LUCERO HERNANDEZ FLORES,**
**a/k/a Lucy, and**
**JOCELYN MARTINEZ,**
**a/k/a J,** ------------------------------------------------------------

knowingly and intentionally distributed approximately 984 grams of actual methamphetamine, a Schedule II controlled substance, to a confidential source.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 46**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about December 4, 2020, in the Western District of Oklahoma and elsewhere,

-------------------------------- **OSCAR HERNANDEZ FLORES,**
**a/k/a O,**
**ARMANDO MARTINEZ RODRIGUEZ,**
**a/k/a Topo Gigio, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** ------------------------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts,

isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 47**
**(Distribution of Methamphetamine)**

On or about December 4, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------- **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** -----------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to **JOSHUA H. RYAN, JR.**

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 48**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about December 4, 2020, in the Western District of Oklahoma,

------------------------------------ **JOSHUA H. RYAN, JR.** ------------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 49**
**(Distribution of Methamphetamine)**

On or about December 9, 2020, in the Western District of Oklahoma and elsewhere,

-------------------------------- **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** -----------------------------------------------

knowingly and intentionally distributed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, to I.B. and T.P.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 50**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about February 11, 2021, in the Western District of Oklahoma,

---------------------------- **ARTEMIO CARRILLO RAMIREZ,**
**JOSE ISRAEL CARRILLO RAMIREZ,**
**JOSE LUIS TORRES NARANJO, and**
**ERNESTO CORRAL CERDA** ------------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 51**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about February 23, 2021, in the Western District of Oklahoma,

---------------------------- **ARTEMIO CARRILLO RAMIREZ,**
**JOSE ISRAEL CARRILLO RAMIREZ,**
**JOSE LUIS TORRES NARANJO, and**
**ERNESTO CORRAL CERDA** ------------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 52**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about March 3, 2021, in the Western District of Oklahoma and elsewhere,

------------------------------- **OSCAR HERNANDEZ FLORES,**
**a/k/a O, and**
**MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** ------------------------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts,

isomers, or salts of its isomers, a Schedule II controlled substance, at 17108 SE 91st Street, Choctaw, Oklahoma.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 53**
**(Possession of Firearms in Furtherance of a Drug-Trafficking Crime)**

On or about March 3, 2021, in the Western District of Oklahoma,

------------------------------ **MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** --------------------------------------------------

knowingly possessed firearms, to wit:

1. an American Tactical Imports, model Omnie, .223 caliber pistol, bearing serial number AR51228;

2. a Remington, model 770, multi-caliber rifle, bearing serial number M71888029;

3. a Bushmaster, model Carbon 15, .223 caliber rifle, bearing serial number BK302564;

4. a Kel-Tec CNC, Inc., model KSG, 12-gauge shotgun, bearing serial number XX2X03; and

5. a Noveske, model N4, .223 caliber rifle, bearing serial number N18179,

in furtherance of a drug-trafficking crime for which he may be prosecuted in a court of the United States, that is, possession of methamphetamine with intent to distribute, as charged in Count 52.

All in violation of Title 18, United States Code, Section 924(c)(1)(A), the penalty for which is found at Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT 54**
**(Maintaining a Drug-Involved Premises)**

On or about March 3, 2021, in the Western District of Oklahoma,

------------------------------ **MARIANO CRUZ HERNANDEZ,**
**a/k/a Pampers,** ------------------------------------------------

knowingly opened, leased, rented, used, and maintained a place at 17108 SE 91st Street, Choctaw, Oklahoma, for the purpose of distributing methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1).

**COUNT 55**
**(Maintaining a Drug-Involved Premises)**

On or about March 3, 2021, in the Western District of Oklahoma,

-------------------------- **ARMANDO MARTINEZ RODRIGUEZ,**
**a/k/a Topo Gigio,** ------------------------------------------------

knowingly opened, leased, rented, used, and maintained a place at 42482 Hope Road, Tecumseh, Oklahoma (more specifically located at GPS coordinates 35.174547, -96.901903), for the purpose of manufacturing and distributing methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1).

**COUNT 56**
**(Felon in Possession of a Firearm)**

On or about March 3, 2021, in the Western District of Oklahoma,

------------------------------------ **JOCELYN MARTINEZ,**
**a/k/a J,**-----------------------------------------------------

with knowledge that she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Glock, model 27, .40 caliber pistol, bearing serial number GVW859, which was in and affecting interstate commerce in that said firearm had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

**COUNT 57**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about March 3, 2021, in the Western District of Oklahoma,

------------------------------------ **MICHAEL NELSON and**
**HEATHER BOYD** -----------------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**COUNT 58**
**(Possession of Firearms in Furtherance of a Drug-Trafficking Crime)**

On or about March 3, 2021, in the Western District of Oklahoma,

----------------------------------- **MICHAEL NELSON and HEATHER BOYD** ---------------------------------------

knowingly possessed firearms, to wit:

1. a Stevens, model 67 Series E, 12-gauge shotgun, bearing serial number C867363;

2. a Ruger, model M77, .270 caliber rifle, bearing serial number 772-82574;

3. a Remington, model 700, .22-250 caliber rifle, bearing serial number A6253217; and

4. a High Standard, Inc., model Double Nine Convertible, .22 caliber revolver, bearing serial number M081865,

in furtherance of a drug-trafficking crime for which they may be prosecuted in a court of the United States, that is, possession of methamphetamine with intent to distribute, as charged in Count 57.

All in violation of Title 18, United States Code, Section 924(c)(1)(A), the penalty for which is found at Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT 59**
**(Felon in Possession of Firearms)**

On or about March 3, 2021, in the Western District of Oklahoma,

------------------------------------- **MICHAEL NELSON,** -------------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit:

1. a Stevens, model 67 Series E, 12-gauge shotgun, bearing serial number C867363;

2. a Ruger, model M77, .270 caliber rifle, bearing serial number 772-82574;

3. a Remington, model 700, .22-250 caliber rifle, bearing serial number A6253217; and

4. a High Standard, Inc., model Double Nine Convertible, .22 caliber revolver, bearing serial number M081865,

which were in and affecting interstate commerce in that said firearms had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

**COUNT 60**
**(Maintaining a Drug-Involved Premises)**

On or about March 3, 2021, in the Western District of Oklahoma,

------------------------------------ **MICHAEL NELSON and HEATHER BOYD** ----------------------------------------

knowingly opened, leased, rented, used, and maintained a place at 2920 SW 11th Street, Oklahoma City, Oklahoma, for the purpose of manufacturing and distributing methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1).

**COUNT 61**
**(Money Laundering Conspiracy)**

From in or about January 2018, the exact date being unknown to the Grand Jury, and continuing thereafter through on or about March 3, 2021, in the Western District of Oklahoma and elsewhere,

------------------------------ **OSCAR HERNANDEZ FLORES,**
**a/k/a O,**
**LUCERO HERNANDEZ FLORES,**
**a/k/a Lucy,**
**ARMANDO MARTINEZ RODRIGUEZ,**
**a/k/a Topo Gigio,**
**DOMITILA MARTINEZ HERNANDEZ,**
**JOCELYN MARTINEZ,**
**a/k/a J, and**
**KATHERINE BARRETT,**
**a/k/a Kat,** ------------------------------------------------------

knowingly and intentionally combined, conspired, and agreed with each other and others, both known and unknown to the Grand Jury, to interdependently conduct financial transactions affecting interstate commerce in violation of Title 18, United States Code, Section 1956(h), to wit: knowingly transporting, transmitting, or transferring, or attempting to transport, transmit, or transfer a monetary instrument or funds from a place in the United States to or through a place outside the United States, or to a place in the United States from or through a place outside the United States, knowing that the transactions were designed with the intent to promote the carrying on of specified unlawful activity—that is, the felonious buying, selling, and dealing in controlled substances and conspiring to do the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, both

specified unlawful activities, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

## MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished and were accomplished by the following means, among others:

1. During the period of the conspiracy, **OSCAR HERNANDEZ FLORES** and **LUCERO HERNANDEZ FLORES** directed the distribution of methamphetamine and then directed **ARMANDO MARTINEZ RODRIGUEZ, DOMITILA MARTINEZ HERNANDEZ, JOCELYN MARTINEZ, KATHERINE BARRETT**, and others to collect the resulting drug proceeds and deliver those proceeds to them in Mexico both by wire and bulk currency.

2. During the period of the conspiracy, **ARMANDO MARTINEZ RODRIGUEZ, DOMITILA MARTINEZ HERNANDEZ, JOCELYN MARTINEZ, KATHERINE BARRETT**, and others did, in fact, receive currency from the sale of methamphetamine.

3. During the period of the conspiracy **ARMANDO MARTINEZ RODRIGUEZ, DOMITILA MARTINEZ HERNANDEZ, JOCELYN MARTINEZ, KATHERINE BARRETT**, and others conducted financial transactions—that is, the wire transfer of drug proceeds to Mexico—at the direction of **OSCAR HERNANDEZ FLORES** and **LUCERO HERNANDEZ FLORES**. Those wire transfers were received either by

**LUCERO HERNANDEZ FLORES** or other unindicted coconspirators (UCCs).

4. During the period of the conspiracy, **OSCAR HERNANDEZ FLORES, LUCERO HERNANDEZ FLORES, ARMANDO MARTINEZ RODRIGUEZ, DOMITILA MARTINEZ HERNANDEZ, JOCELYN MARTINEZ, KATHERINE BARRETT**, and others utilized cell phones to facilitate their drug and money-laundering activities.

The Grand Jury incorporates by reference all statements and allegations contained in Counts 1 through 60 and Counts 62 through 196 inclusive, as though fully set forth herein.

All in violation of Title 18, United States Code, Section 1956(h).

**COUNTS 62–63**
**(International Money Laundering)**

On or about the dates listed below, in the Western District of Oklahoma and elsewhere,

------------------------- **ARMANDO MARTINEZ RODRIGUEZ,**
**a/k/a Topo Gigio,** ---------------------------------------------------

knowingly transported, transmitted, and transferred funds, and aided, abetted, and willfully caused the transport, transmitting, and transfer of funds, as set forth below, from a place in the United States to a place outside the United States with the intent to promote the carrying on of a specified unlawful activity—that is, the felonious buying, selling, and dealing in controlled substances and conspiring to do the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, both specified unlawful activities.

| Count | Date | Payee | Amount | Financial Transaction |
|---|---|---|---|---|
| **62** | 06/23/2018 | UCC#2 | $ 980.00 | Wire Transfer to Mexico |
| **63** | 08/25/2018 | UCC#2 | $ 980.00 | Wire Transfer to Mexico |

All in violation of Title 18, United States Code, Section 1956(a)(2)(A), and Title 18, United States Code, Section 2.

**COUNTS 64–81**
**(International Money Laundering)**

On or about the dates listed below, in the Western District of Oklahoma and elsewhere,

-------------------------- **DOMITILA MARTINEZ HERNANDEZ** -------------------------

knowingly transported, transmitted, and transferred funds, and aided, abetted, and willfully caused the transport, transmitting, and transfer of funds, as set forth below, from a place in the United States to a place outside the United States with the intent to promote the carrying on of a specified unlawful activity—that is, the felonious buying, selling, and dealing in controlled substances and conspiring to do the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, both specified unlawful activities.

| Count | Date | Payor | Amount | Financial Transaction |
|---|---|---|---|---|
| **64** | 01/29/2018 | UCC#1 | $ 882.00 | Wire Transfer to Mexico |
| **65** | 01/05/2020 | UCC#1 | $ 980.00 | Wire Transfer to Mexico |
| **66** | 02/23/2020 | UCC#1 | $ 980.00 | Wire Transfer to Mexico |
| **67** | 03/10/2020 | UCC#1 | $ 980.00 | Wire Transfer to Mexico |
| **68** | 03/18/2020 | UCC#1 | $ 980.00 | Wire Transfer to Mexico |
| **69** | 05/01/2020 | UCC#1 | $ 980.00 | Wire Transfer to Mexico |
| **70** | 05/26/2020 | UCC#1 | $ 500.00 | Wire Transfer to Mexico |
| **71** | 07/03/2020 | UCC#1 | $ 485.00 | Wire Transfer to Mexico |
| **72** | 07/10/2020 | UCC#1 | $ 500.00 | Wire Transfer to Mexico |
| **73** | 01/21/2018 | **LUCERO HERNANDEZ FLORES** | $ 285.00 | Wire Transfer to Mexico |

| | | | | |
|---|---|---|---|---|
| **74** | 02/15/2018 | **LUCERO HERNANDEZ FLORES** | $ 480.00 | Wire Transfer to Mexico |
| **75** | 05/20/2018 | **LUCERO HERNANDEZ FLORES** | $ 980.00 | Wire Transfer to Mexico |
| **76** | 10/15/2018 | **LUCERO HERNANDEZ FLORES** | $ 881.19 | Wire Transfer to Mexico |
| **77** | 02/02/2020 | **LUCERO HERNANDEZ FLORES** | $ 500.00 | Wire Transfer to Mexico |
| **78** | 12/31/2018 | UCC#2 | $ 500.00 | Wire Transfer to Mexico |
| **79** | 04/02/2020 | UCC#2 | $ 980.00 | Wire Transfer to Mexico |
| **80** | 08/05/2020 | UCC#2 | $ 980.00 | Wire Transfer to Mexico |
| **81** | 08/22/2020 | UCC#2 | $ 800.00 | Wire Transfer to Mexico |

All in violation of Title 18, United States Code, Section 1956(a)(2)(A), and Title 18, United States Code, Section 2.

**<u>COUNTS 82–144</u>**
**(International Money Laundering)**

On or about the dates listed below, in the Western District of Oklahoma and elsewhere,

------------------------------------ **JOCELYN MARTINEZ,**
**a/k/a J,** -----------------------------------------------------

knowingly transported, transmitted, and transferred funds, and aided, abetted, and willfully caused the transport, transmitting, and transfer of funds, as set forth below, from a place in the United States to a place outside the United States with the intent to promote the carrying on of a specified unlawful activity—that is, the felonious buying, selling, and dealing in controlled substances and conspiring to do the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, both specified unlawful activities.

| Count | Date | Payee | Amount | Financial Transaction |
|---|---|---|---|---|
| **82** | 06/16/2018 | UCC#1 | $ 881.00 | Wire Transfer to Mexico |
| **83** | 06/25/2018 | UCC#1 | $ 881.00 | Wire Transfer to Mexico |
| **84** | 07/20/2018 | UCC#1 | $ 700.00 | Wire Transfer to Mexico |
| **85** | 07/31/2018 | UCC#1 | $ 881.00 | Wire Transfer to Mexico |
| **86** | 08/23/2018 | UCC#1 | $ 883.17 | Wire Transfer to Mexico |
| **87** | 10/31/2018 | UCC#1 | $ 900.00 | Wire Transfer to Mexico |
| **88** | 11/13/2018 | UCC#1 | $ 980.00 | Wire Transfer to Mexico |
| **89** | 01/24/2019 | UCC#1 | $ 980.00 | Wire Transfer to Mexico |
| **90** | 02/18/2019 | UCC#1 | $ 881.19 | Wire Transfer to Mexico |
| **91** | 04/26/2019 | UCC#1 | $ 980.00 | Wire Transfer to Mexico |
| **92** | 06/02/2019 | UCC#1 | $ 881.00 | Wire Transfer to Mexico |
| **93** | 06/04/2020 | UCC#1 | $ 980.00 | Wire Transfer to Mexico |
| **94** | 07/02/2020 | UCC#1 | $ 1,960.40 | Wire Transfer to Mexico |
| **95** | 01/11/2018 | **LUCERO HERNANDEZ FLORES** | $ 400.00 | Wire Transfer to Mexico |
| **96** | 02/28/2018 | **LUCERO HERNANDEZ FLORES** | $ 300.00 | Wire Transfer to Mexico |
| **97** | 06/04/2018 | **LUCERO HERNANDEZ FLORES** | $ 881.00 | Wire Transfer to Mexico |
| **98** | 06/13/2018 | **LUCERO HERNANDEZ FLORES** | $ 485.00 | Wire Transfer to Mexico |
| **99** | 07/03/2018 | **LUCERO HERNANDEZ FLORES** | $ 782.00 | Wire Transfer to Mexico |
| **100** | 09/07/2018 | **LUCERO HERNANDEZ FLORES** | $ 942.57 | Wire Transfer to Mexico |
| **101** | 10/15/2018 | **LUCERO HERNANDEZ FLORES** | $ 881.00 | Wire Transfer to Mexico |
| **102** | 10/24/2018 | **LUCERO HERNANDEZ FLORES** | $ 485.00 | Wire Transfer to Mexico |
| **103** | 11/07/2018 | **LUCERO HERNANDEZ FLORES** | $ 734.65 | Wire Transfer to Mexico |

| | | | | |
|---|---|---|---|---|
| **104** | 12/22/2018 | **LUCERO HERNANDEZ FLORES** | $ 881.19 | Wire Transfer to Mexico |
| **105** | 12/29/2018 | **LUCERO HERNANDEZ FLORES** | $ 782.00 | Wire Transfer to Mexico |
| **106** | 01/02/2019 | **LUCERO HERNANDEZ FLORES** | $ 980.00 | Wire Transfer to Mexico |
| **107** | 01/07/2019 | **LUCERO HERNANDEZ FLORES** | $ 235.00 | Wire Transfer to Mexico |
| **108** | 02/01/2019 | **LUCERO HERNANDEZ FLORES** | $ 783.00 | Wire Transfer to Mexico |
| **109** | 02/13/2019 | **LUCERO HERNANDEZ FLORES** | $ 930.69 | Wire Transfer to Mexico |
| **110** | 03/01/2019 | **LUCERO HERNANDEZ FLORES** | $ 782.00 | Wire Transfer to Mexico |
| **111** | 03/08/2019 | **LUCERO HERNANDEZ FLORES** | $ 485.00 | Wire Transfer to Mexico |
| **112** | 03/11/2019 | **LUCERO HERNANDEZ FLORES** | $ 385.00 | Wire Transfer to Mexico |
| **113** | 03/14/2019 | **LUCERO HERNANDEZ FLORES** | $ 515.00 | Wire Transfer to Mexico |
| **114** | 04/01/2019 | **LUCERO HERNANDEZ FLORES** | $ 831.00 | Wire Transfer to Mexico |
| **115** | 04/03/2019 | **LUCERO HERNANDEZ FLORES** | $ 980.00 | Wire Transfer to Mexico |
| **116** | 04/30/2019 | **LUCERO HERNANDEZ FLORES** | $ 980.00 | Wire Transfer to Mexico |
| **117** | 05/04/2019 | **LUCERO HERNANDEZ FLORES** | $ 881.00 | Wire Transfer to Mexico |

| | | | | |
|---|---|---|---|---|
| **118** | 05/23/2019 | **LUCERO HERNANDEZ FLORES** | $ 950.00 | Wire Transfer to Mexico |
| **119** | 06/04/2019 | **LUCERO HERNANDEZ FLORES** | $ 980.00 | Wire Transfer to Mexico |
| **120** | 06/08/2019 | **LUCERO HERNANDEZ FLORES** | $ 930.69 | Wire Transfer to Mexico |
| **121** | 08/01/2019 | **LUCERO HERNANDEZ FLORES** | $ 832.00 | Wire Transfer to Mexico |
| **122** | 09/04/2019 | **LUCERO HERNANDEZ FLORES** | $ 980.00 | Wire Transfer to Mexico |
| **123** | 09/11/2019 | **LUCERO HERNANDEZ FLORES** | $ 325.00 | Wire Transfer to Mexico |
| **124** | 10/14/2019 | **LUCERO HERNANDEZ FLORES** | $ 831.00 | Wire Transfer to Mexico |
| **125** | 10/24/2019 | **LUCERO HERNANDEZ FLORES** | $ 980.00 | Wire Transfer to Mexico |
| **126** | 11/01/2019 | **LUCERO HERNANDEZ FLORES** | $ 485.00 | Wire Transfer to Mexico |
| **127** | 11/07/2019 | **LUCERO HERNANDEZ FLORES** | $ 981.00 | Wire Transfer to Mexico |
| **128** | 11/08/2019 | **LUCERO HERNANDEZ FLORES** | $ 782.00 | Wire Transfer to Mexico |
| **129** | 12/14/2019 | **LUCERO HERNANDEZ FLORES** | $ 285.00 | Wire Transfer to Mexico |
| **130** | 01/20/2020 | **LUCERO HERNANDEZ FLORES** | $ 980.20 | Wire Transfer to Mexico |
| **131** | 02/12/2020 | **LUCERO HERNANDEZ FLORES** | $ 185.00 | Wire Transfer to Mexico |

| | | | | |
|---|---|---|---|---|
| **132** | 02/25/2020 | **LUCERO HERNANDEZ FLORES** | $ 980.00 | Wire Transfer to Mexico |
| **133** | 02/26/2020 | **LUCERO HERNANDEZ FLORES** | $ 584.16 | Wire Transfer to Mexico |
| **134** | 08/15/2019 | UCC#2 | $ 485.00 | Wire Transfer to Mexico |
| **135** | 08/15/2019 | UCC#2 | $ 480.00 | Wire Transfer to Mexico |
| **136** | 12/02/2019 | UCC#2 | $ 782.18 | Wire Transfer to Mexico |
| **137** | 12/16/2019 | UCC#2 | $ 980.00 | Wire Transfer to Mexico |
| **138** | 04/13/2020 | UCC#2 | $ 980.00 | Wire Transfer to Mexico |
| **139** | 05/15/2020 | UCC#2 | $ 485.00 | Wire Transfer to Mexico |
| **140** | 05/20/2020 | UCC#2 | $ 485.00 | Wire Transfer to Mexico |
| **141** | 07/16/2020 | UCC#2 | $ 822.00 | Wire Transfer to Mexico |
| **142** | 08/01/2020 | UCC#2 | $ 980.19 | Wire Transfer to Mexico |
| **143** | 11/05/2020 | UCC#2 | $ 485.00 | Wire Transfer to Mexico |
| **144** | 11/09/2020 | UCC#2 | $ 584.00 | Wire Transfer to Mexico |

All in violation of Title 18, United States Code, Section 1956(a)(2)(A), and Title 18, United States Code, Section 2.

**COUNTS 145–150**
**(International Money Laundering)**

On or about the dates listed below, in the Western District of Oklahoma and elsewhere,

**----------------------------------- KATHERINE BARRETT,**
**a/k/a Kat, ----------------------------------------------------**

knowingly transported, transmitted, and transferred funds, and aided, abetted, and willfully caused the transport, transmitting, and transfer of funds, as set forth below, from a place in the United States to a place outside the United States with the intent to promote the carrying on of a specified unlawful activity—that is, the felonious buying, selling, and dealing in

controlled substances and conspiring to do the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, both specified unlawful activities.

| Count | Date | Payee | Amount | Financial Transaction |
|---|---|---|---|---|
| **145** | 06/06/2020 | UCC#2 | $ 350.04 | Wire Transfer to Mexico |
| **146** | 06/13/2020 | UCC#2 | $ 500.02 | Wire Transfer to Mexico |
| **147** | 07/03/2020 | UCC#2 | $ 500.00 | Wire Transfer to Mexico |
| **148** | 07/24/2020 | UCC#2 | $ 1,000.00 | Wire Transfer to Mexico |
| **149** | 07/28/2020 | UCC#2 | $ 500.00 | Wire Transfer to Mexico |
| **150** | 08/28/2020 | UCC#2 | $ 1,000.00 | Wire Transfer to Mexico |

All in violation of Title 18, United States Code, Section 1956(a)(2)(A), and Title 18, United States Code, Section 2.

**COUNTS 151–194**
**(International Money Laundering)**

On or about the dates listed below, in the Western District of Oklahoma and elsewhere,

**---------------------------- LUCERO HERNANDEZ FLORES,**
**a/k/a Lucy, -------------------------------------------------------**

knowingly transported, transmitted, and transferred funds, and aided, abetted, and willfully caused the transport, transmitting, and transfer of funds, as set forth below, from a place in the United States to a place outside the United States with the intent to promote the carrying on of a specified unlawful activity—that is, the felonious buying, selling, and dealing in controlled substances and conspiring to do the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, both specified unlawful activities.

| Count | Date | Payor | Amount | Financial Transaction |
|---|---|---|---|---|
| **151** | 01/11/2018 | **JOCELYN MARTINEZ** | $ 400.00 | Wire Transfer to Mexico |

| | | | | |
|---|---|---|---|---|
| **152** | 01/21/2018 | **DOMITILA MARTINEZ HERNANDEZ** | $ 285.00 | Wire Transfer to Mexico |
| **153** | 02/15/2018 | **DOMITILA MARTINEZ HERNANDEZ** | $ 480.00 | Wire Transfer to Mexico |
| **154** | 02/28/2018 | **JOCELYN MARTINEZ** | $ 300.00 | Wire Transfer to Mexico |
| **155** | 05/20/2018 | **DOMITILA MARTINEZ HERNANDEZ** | $ 980.00 | Wire Transfer to Mexico |
| **156** | 06/04/2018 | **JOCELYN MARTINEZ** | $ 881.00 | Wire Transfer to Mexico |
| **157** | 06/13/2018 | **JOCELYN MARTINEZ** | $ 485.00 | Wire Transfer to Mexico |
| **158** | 07/03/2018 | **JOCELYN MARTINEZ** | $ 782.00 | Wire Transfer to Mexico |
| **159** | 09/07/2018 | **JOCELYN MARTINEZ** | $ 942.57 | Wire Transfer to Mexico |
| **160** | 10/15/2018 | **DOMITILA MARTINEZ HERNANDEZ** | $ 881.19 | Wire Transfer to Mexico |
| **161** | 10/15/2018 | **JOCELYN MARTINEZ** | $ 881.00 | Wire Transfer to Mexico |
| **162** | 10/24/2018 | **JOCELYN MARTINEZ** | $ 485.00 | Wire Transfer to Mexico |
| **163** | 11/07/2018 | **JOCELYN MARTINEZ** | $ 734.65 | Wire Transfer to Mexico |
| **164** | 12/22/2018 | **JOCELYN MARTINEZ** | $ 881.19 | Wire Transfer to Mexico |
| **165** | 12/29/2018 | **JOCELYN MARTINEZ** | $ 782.00 | Wire Transfer to Mexico |
| **166** | 01/02/2019 | **JOCELYN MARTINEZ** | $ 980.00 | Wire Transfer to Mexico |
| **167** | 01/07/2019 | **JOCELYN MARTINEZ** | $ 235.00 | Wire Transfer to Mexico |
| **168** | 02/01/2019 | **JOCELYN MARTINEZ** | $ 783.00 | Wire Transfer to Mexico |
| **169** | 02/13/2019 | **JOCELYN MARTINEZ** | $ 930.69 | Wire Transfer to Mexico |
| **170** | 03/01/2019 | **JOCELYN MARTINEZ** | $ 782.00 | Wire Transfer to Mexico |

| | | | | |
|---|---|---|---|---|
| **171** | 03/08/2019 | **JOCELYN MARTINEZ** | $ 485.00 | Wire Transfer to Mexico |
| **172** | 03/11/2019 | **JOCELYN MARTINEZ** | $ 385.00 | Wire Transfer to Mexico |
| **173** | 03/14/2019 | **JOCELYN MARTINEZ** | $ 515.00 | Wire Transfer to Mexico |
| **174** | 04/01/2019 | **JOCELYN MARTINEZ** | $ 831.00 | Wire Transfer to Mexico |
| **175** | 04/03/2019 | **JOCELYN MARTINEZ** | $ 980.00 | Wire Transfer to Mexico |
| **176** | 04/30/2019 | **JOCELYN MARTINEZ** | $ 980.00 | Wire Transfer to Mexico |
| **177** | 05/04/2019 | **JOCELYN MARTINEZ** | $ 881.00 | Wire Transfer to Mexico |
| **178** | 05/23/2019 | **JOCELYN MARTINEZ** | $ 950.00 | Wire Transfer to Mexico |
| **179** | 06/04/2019 | **JOCELYN MARTINEZ** | $ 980.00 | Wire Transfer to Mexico |
| **180** | 06/08/2019 | **JOCELYN MARTINEZ** | $ 930.69 | Wire Transfer to Mexico |
| **181** | 08/01/2019 | **JOCELYN MARTINEZ** | $ 832.00 | Wire Transfer to Mexico |
| **182** | 09/04/2019 | **JOCELYN MARTINEZ** | $ 980.00 | Wire Transfer to Mexico |
| **183** | 09/11/2019 | **JOCELYN MARTINEZ** | $ 325.00 | Wire Transfer to Mexico |
| **184** | 10/14/2019 | **JOCELYN MARTINEZ** | $ 831.00 | Wire Transfer to Mexico |
| **185** | 10/24/2019 | **JOCELYN MARTINEZ** | $ 980.00 | Wire Transfer to Mexico |
| **186** | 11/01/2019 | **JOCELYN MARTINEZ** | $ 485.00 | Wire Transfer to Mexico |
| **187** | 11/07/2019 | **JOCELYN MARTINEZ** | $ 981.00 | Wire Transfer to Mexico |
| **188** | 11/08/2019 | **JOCELYN MARTINEZ** | $ 782.00 | Wire Transfer to Mexico |
| **189** | 12/14/2019 | **JOCELYN MARTINEZ** | $ 285.00 | Wire Transfer to Mexico |
| **190** | 01/20/2020 | **JOCELYN MARTINEZ** | $ 980.20 | Wire Transfer to Mexico |

| | | | | |
|---|---|---|---|---|
| **191** | 02/02/2020 | **DOMITILA MARTINEZ HERNANDEZ** | $ 500.00 | Wire Transfer to Mexico |
| **192** | 02/12/2020 | **JOCELYN MARTINEZ** | $ 185.00 | Wire Transfer to Mexico |
| **193** | 02/25/2020 | **JOCELYN MARTINEZ** | $ 980.00 | Wire Transfer to Mexico |
| **194** | 02/26/2020 | **JOCELYN MARTINEZ** | $ 584.16 | Wire Transfer to Mexico |

All in violation of Title 18, United States Code, Section 1956(a)(2)(A), and Title 18, United States Code, Section 2.

**COUNT 195**
**(Money Laundering)**

On or about September 13, 2018, in the Western District of Oklahoma,

-------------------------- **ARMANDO MARTINEZ RODRIGUEZ,**
**a/k/a Topo Gigio,** ---------------------------------------------------

knowingly engaged in a monetary transaction, that is, the purchase of real estate property described at 32001 Southern Trails Circle, in the town of Pink, Oklahoma, located in Pottawatomie County, Oklahoma, with a down payment of $12,000 cash from Space to Grow, LLC., a real estate investment firm, by, through, or to a financial institution, affecting interstate commerce, in criminally derived property, such property having been derived from a specified unlawful activity—that is, the felonious buying, selling, and dealing in controlled substances and conspiring to do the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

All in violation of Title 18, United States Code, Section 1957, and Title 18, United States Code, Section 2.

**COUNT 196**
**(Money Laundering)**

On or about May 20, 2020, in the Western District of Oklahoma,

-------------------------- **ARMANDO MARTINEZ RODRIGUEZ, a/k/a Topo Gigio,** --------------------------------------------------

knowingly engaged in a monetary transaction, that is, the purchase of real estate property described as Lots # 1, 2, 3 and 4 (a total of 40 acres) of Parcel #0000-08-008-004-0-010-00 on Hope Road in Pottawatomie County, Oklahoma (also known as 42482 Hope Road, Tecumseh, Oklahoma), with a down payment of an $18,000 cashier's check, from Lincoln County Investments, a real estate investment firm, by, through, or to a financial institution, affecting interstate commerce, in criminally derived property, such property having been derived from a specified unlawful activity—that is, the felonious buying, selling, and dealing in controlled substances and conspiring to do the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

All in violation of Title 18, United States Code, Section 1957, and Title 18, United States Code, Section 2.

**FORFEITURE**

The allegations contained in this Indictment are hereby realleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense(s) alleged in Count(s) 1, 7-8, 10, 15-19, 21-22, 24, 26-28, 30, 32-33, 35, 36-39, 41, 43-44, 46-47, 49, 52, and 61 of this Indictment, **OSCAR HERNANDEZ FLORES** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and

any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense and any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Upon conviction of the offense(s) alleged in Count(s) 1-6, 11-14, 20, 45, 61, and 151-194 of this Indictment, **LUCERO HERNANDEZ FLORES** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense and any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Upon conviction of the offense(s) alleged in Count(s) 1, 25, 46, 55, 61-63, and 195-196 of this Indictment, **ARMANDO MARTINEZ RODRIGUEZ** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense and any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Upon conviction of the offense(s) alleged in Count(s) 1, 61, and 64-81 of this Indictment, **DOMITILA MARTINEZ HERNANDEZ** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense and any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Upon conviction of the offense(s) alleged in Count(s) 1, 3, 45, 61, and 82-144 of this Indictment, **JOCELYN MARTINEZ** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense and any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Upon conviction of the offense alleged in Count 56 of this Indictment, **JOCELYN MARTINEZ** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense.

Upon conviction of the offense(s) alleged in Count(s) 1, 2, 4-8, 10, 20-22, 26-28, 30, 32-33, 35-39, 41, 43-44, 46-47, 49, 52, and 54 of this Indictment, **MARIANO CRUZ HERNANDEZ** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense and any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Upon conviction of the offense alleged in Count 53 of this Indictment, **MARIANO CRUZ HERNANDEZ** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense.

Upon conviction of the offense(s) alleged in Count(s) 1 and 34 of this Indictment, **DANIEL MORALES LARA** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and

any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense and any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Upon conviction of the offense(s) alleged in Count(s) 1, 50, and 51 of this Indictment, **JOSE ISRAEL CARRILLO RAMIREZ** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense and any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Upon conviction of the offense(s) alleged in Count(s) 1, 23, 29, and 48 of this Indictment, **JOSHUA H. RYAN, JR.** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense and any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Upon conviction of the offense(s) alleged in Count(s) 1, 57 and 60 of this Indictment, **MICHAEL NELSON** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense and any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Upon conviction of the offense alleged in Count 58 and 59 of this Indictment, **MICHAEL NELSON** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense.

Upon conviction of the offense(s) alleged in Count(s) 1, 57 and 60 of this Indictment, **HEATHER BOYD** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense and any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Upon conviction of the offense alleged in Count 58 of this Indictment, **HEATHER BOYD** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. an American Tactical Imports, model Omnie, .223 caliber pistol, bearing serial number AR51228;
2. a Bushmaster, model Carbon 15, .223 caliber rifle, bearing serial number BK302564;
3. a Kel-Tec CNC, Inc., model KSG, 12-gauge shotgun, bearing serial number XX2X03;
4. a Noveske, model N4, .223 caliber rifle, bearing serial number N18179;
5. a Glock, model 27, .40 caliber pistol, bearing serial number GVZ859;
6. a Stevens, model 67 Series E, 12-gauge shotgun, bearing serial number C867363;

7. a Ruger, model M77, .270 caliber rifle, bearing serial number 772-82574;

8. a Remington, model 700, .22-250 caliber rifle, bearing serial number A6253217;

9. a High Standard, Inc., model Double Nine Convertible, .22 caliber revolver, bearing serial number M081865;

10. a Savage Arms, model B-Mag, .17 Super Win caliber rifle, bearing serial number J486051,

11. an Anderson Manufacturing, model AM-15, 6.5 Creedmoor caliber rifle, bearing serial number 16122224;

12. a Ruger, model 22/45 MKIII, .22LR caliber pistol, bearing serial number 271-87290;

13. a Smith & Wesson, model SD9 VE, 9mm pistol, bearing serial number FZN9416;

14. a I.J.A. and C. MFG, model Target Sealed 8, .22 caliber revolver, bearing serial number N20115;

15. a Saiga 12-gauge shotgun, bearing serial number H08425554;

16. a Romak 1, model Ratmil-Lcugir, 7.62x39mm lower receiver, bearing serial number 1-8134-97;

17. a Poly Technologies, model AKS-762, 7.62x39mm rifle, bearing serial number CW1716;

18. an Anderson Manufacturing, model AM-15, 7.62x39mm (multi caliber) rifle, bearing serial number 18182135;

19. a Spikes Tactical, model SL-15, 5.56mm rifle, bearing serial number SAR25125;

20. a Del-ton Inc. (DTI), model DTI-15, 5.56mm rifle, bearing serial number DTIS153135;

21. Any and all ammunition, magazines, and accessories not specified herein;

22. $53,000.00 in United States Currency;

23. $261,875.00 in United States Currency;

24. $290.00 in United States Currency;

25. $1,160.00 in United States Currency;

26. $6,890.00 in United States Currency;

27. $1,200.00 in United States Currency;

28. $124,200.00 in United States Currency;

29. a 2014 white Ford F-150, VIN 1FTFW1EF9EKE38166;

30. a 2010 grey Chevrolet Camaro, VIN 2G1FC1EV9A9194684;

31. a 2014 black Dodge Charger, VIN 2C3CDXBG0EH300956;

32. a 2009 white Ford F-250, VIN 1FTSW21589EA77650;

33. a 2020 black Harley Davidson XL Sportster, VIN 1HD4LE217LB424360;

34. a 2014 black Dodge Ram, VIN 1C6RR7LM1ES475986;

35. a 1994 Ford Mustang SVT Cobra, VIN 1FALP45D2RF158707;

36. a red 2017 Harley Davidson FLHXS Street Glid, VIN 1HD1KRC17HB690500;

37. a John Deere 3032E tractor, PIN 1LV3032EVJJ120865;

38. a John Deere loader, PIN 1P0300EXCJX050575;

39. Real Property commonly known as *970660 S 3340 Road, Wellston, Oklahoma 74881*. Legally described as: 5 AC MOL 13-13-2 BEG 1485'-N SW/C SW/4 N-165' E-1320' S-165' W-1320' POB ada TR #22 WOODLAND ESTATES;

40. Real Property commonly known as *618 S. Iowa Avenue, Chandler, Oklahoma 74834*. Legally described as: BLK 21 LOTS 17-18 E CHANDLER 14-4-140-21-007;

41. Real Property commonly known as *333631 E Oak Hollow Drive, Wellston, Oklahoma 74881*. Legally described as: Lots 12 and 13 4.95 Acres AC MOL in Ranchwood Oaks Estates a subdivision of the

SE/4 of section 23 in the township 13 North Range, Range 2 East of the Indian Meridian, Lincoln County, Oklahoma;

42. Real Property commonly known as Lots 20-23, of Southern Trails, 22.14 Acres (land only), Parcel # 6215-00-001-020-0-000-00 (Lot 20), Parcel # 6215-00-001-021-0-000-00 (Lot 21), Parcel # 6215-00-001-022-0-000-00 (Lot 22), and Parcel # 6215-00-001-023-0-000-00 (Lot 23). Legally described as: Tract #20 of SOUTHERN TRAILS, containing 8.16 acres MOL, Tract #21 of SOUTHERN TRAILS, containing 6.22 acres MOL, Tract #22 of SOUTHERN TRAILS, containing 5.35 acres MOL, and Tract #23 of SOUTHERN TRAILS, containing 3.42 acres MOL, recorded subdivision being the NW/4 and The N/2 SW/4, Section 10, T. 9 N., R.2 E., I.M. Town of Pink, Pottawatomie County, Oklahoma, less all oil, gas and minerals;

43. Real Property commonly known as Lots 1-4, 40 Acres, Hope Road, Pottawatomie County, Oklahoma, Parcel #0000-08-008-004-0-010-00. Legally described as: Tracts 1-4 (40.00 ac) g a part of the South Half (S1/2) of the Southeast Quarter (SE/4) of Section Eight (8), Township Eight (8) North, Range Four (4) East of the Indian meridian, Pottawatomie county, Oklahoma, Oklahoma;

*Lot 1 Legal Description*: A tract of land being a part of the South Half (S1/2) of the Southeast Quarter (SE/ 4) of Section Eight (8), Township Eight (8) North, Range Four (4) East of the Indian Meridian, Pottawatomie County, Oklahoma, being more particularly described as follows: COMMENCING at the Southeast Corner of said Southeast Quarter (SE/4); Thence S 89°22'44" W along the South line of said SE/ 4 for a distance of 2306.81 feet to the POINT OF BEGINNING; Thence continuing S89°22'44" W along the South line of said SE/4 for a distance of 332.82 feet to the Southwest Corner of said SE/4; Thence N00 °26'53" W along the West line of said SE/4 a distance of 1316.67 feet; Thence N89"22'44" E and parallel with the South line of said SE/ 4 a distance of 328.85 feet; Thence S00"37'16" E a distance of 1316.67 to a point on the South line of said SE/4 and to the POINT OF BEGINNING. Containing 435,600 Sq. Ft. or 10.000 Acres more or less;

*Lot 2 Legal Description*: A tract of land being a part of the South Half (S 112) of the Southeast Quarter (SE/4) of Section Eight (8), Township Eight (8) North, Range Four (4) East of the Indian Meridian, Pottawatomie County, Oklahoma, being more particularly described as follows: COMMENCING at the Southeast Corner of said

Southeast Quarter (SE/4); Thence S 89'22'44" W along the South line of said SE/ 4 for a distance of 1975.97 feet to the POINT OF BEGINNING; Thence continuing S89'22'44" W along the South line of said SE/4 for a distance of 330.84 feet; Thence N00 '37'16" W a distance of 1316.67 feet; Thence N89'22'44" E and parallel with the South line of said SE/ 4 a distance of 330.84 feet; Thence S00 '37'16" E a distance of 1316.67 to a point on the South line of said SE/4 and to the POINT OF BEGINNING. Containing 435,600 Sq. Ft. or 10.000 Acres more or less;

*Lot 3 Legal Description*: A tract of/and being a part of the South Half (S112) of the Southeast Quarter (SE/ 4) of Section Eight (8), Township Eight (8) North, Range Four (4) East of the Indian Meridian, Pottawatomie County, Oklahoma, being more particularly described as follows: COMMENCING at the Southeast Corner of said Southeast Quarter (SE/4); Thence S 89°22'44" W along the South line of said SE/ 4 for a distance of 1645.13 feet to the POINT OF BEGINNING; Thence continuing S89 °22'44" W along the South line of said SE/ 4 for a distance of 330.84 feet; Thence N00 °37'16" W a distance of 1316.67 feet; Thence N89 °22'44" E and parallel with the South line of said SE/ 4 a distance of 330.84 feet; Thence S00 °37'16" E a distance of 1316.67 to a point on the South line of said SE/4 and to the POINT OF BEGINNING. Containing 435,600 Sq. Ft. or 10.000 Acres more or less; and

*Lot 4 Legal Description*: A tract of land being a part of the South Half (S1/ 2) of the Southeast Quarter (SE/ 4) of Section Eight (8), Township Eight (8) North, Range Four (4) East of the Indian Meridian, Pottawatomie County, Oklahoma, being more particularly described as follows: COMMENCING at the Southeast Corner of said Southeast Quarter (SE/4); Thence S 89°22'44" W along the South line of said SE/4 for a distance of 1314.30 feet to the POINT OF BEGINNING; Thence continuing S89°22'44" W along the South line of said SE/ 4 for a distance of 330.84 feet; Thence N00 °37'16" W a distance of 1316.67 feet; Thence N89 °22'44" E and parallel with the South line of said SE/ 4 a distance of 330.84 feet; Thence S00 °37'16" E a distance of 1316.67 to a point on the South line of said SE/ 4 and to the POINT OF BEGINNING . Containing 435,600 Sq. Ft. or 10.000 Acres more or less;

44. Real Property commonly known as *1922 W. Park Place, Oklahoma City, Oklahoma 73106*. Legally described as: Lots Twelve (12) and Thirteen (13), in Block Seven (7), of J. J. BAUMANS ADDITION to

Oklahoma City, Oklahoma County, Oklahoma, as shown by the recorded plat thereof;

45. Real Property commonly known as *11627 NE 43rd Street, Spencer, Oklahoma 73084*. Legally described as: DELUXE SUB ADDITION: Lot: 104 Block: 000; Section: 17 Township: 12N Range 1W QTR: SE;

46. Real Property commonly known as *11212 NE 44th Street, Oklahoma City, Oklahoma 73084*. Legally described as: UNPLTD PT SEC17 12N 1W 000 000 PT NW4 SEC17 12N 1W BEG 659.2FT E OF SW/C NW4 TH N329.68FT E662.17FT S329.47FT W662.17FT TO BEG EX W100FT;

47. Real Property commonly known as a *11625 NE 43rd Street, Spencer, Oklahoma, Vacant Lot, Approximately 0.52 Acres* – Account number R143720078. Legally described as: (Sect 17-T12N-R1W Qtr SE) in the Deluxe Sub Addition, Block 000, Lots 102 & 103 in Oklahoma County, Oklahoma 73084;

48. Real Property commonly known as a *Vacant Lot, Approximately 0.26 Acres* - Account number R143720160 in Oklahoma County Assessor's records. Legally described as: Beginning at a point Twenty One Hundred Thirteen (2,113) feet West of the Northeast corner of the Southeast Quarter (SE1/4) of Section Seventeen (17), Township Twelve (12) North, Range One (1) West, thence South and parallel with the East line of said Southeast Quarter (SE1/4) a distance of One Hundred Fifty (150) feet; thence West and parallel with the South line of said Southeast Quarter (SE1/4) a distance of Seventy five (75) feet; thence North and parallel with the East line of said Southeast Quarter (SE1/4) a distance of One Hundred Fifty (150) feet; thence East along the North side of said Southeast Quarter (SE1/4) to the place and point of beginning; a.k.a. Lot 105 of Deluxe Sub Addition, and Addition to Oklahoma City, Oklahoma County, Oklahoma; and

49. Real Property commonly known as *4515 Overbrook Drive, Oklahoma City, Oklahoma 73084*. Legally described as: ARLINGTON HILLS SUB ADDITION; LOTS 133 THRU 136 BLOCK 000.

All pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

DAVID McCRARY
NICK COFFEY
Assistant United States Attorneys