Court

# CRIMINAL COVERSHEET

## U.S. District Court, Western District of Oklahoma

Petty ☐ Misdemeanor ☐ Felony ☑ USAO No.:______ Case No.: CR 21-076 C

Charging Document: **Indictment** No. of Defendants: 18 Total No. of Counts: 196 Sealed: Y ☐ N ☑

Forfeiture: Y ☑ N ☐ OCDETF: Y ☑ N ☐ McGirt: Y ☐ N ☑ Warrant ☑ Summons ☐ Notice ☐

Companion Case No. (if any):______

**DEFENDANT INFORMATION:** By: jlr

| | | | |
|---|---|---|---|
| Name: **LUCERO HERNANDEZ FLORES** | | APR 07 2021 | |
| Alias(es): Lucy | | Address: | |
| | | FBI No.: | |
| DOB: XX-XX-1979 | SSN: XXX-XX-7933 | Race: Hispanic | Interpreter: Y ☑ N ☐ |
| Sex: M ☐ F ☑ | Juvenile: Y ☐ N ☑ | Language/Dialect: Spanish | |

| DEFENDANT STATUS/RECOMMENDATION: | PRIOR MAGISTRATE JUDGE PROCEEDINGS: |
|---|---|
| ☑ Not in Custody ☑ Detention Requested | Complaint: Y ☑ N ☐ |
| ☐ Type of Bond:______ | Magistrate Judge Case No.: MJ- 21-108-SM |
| ☐ In Custody at:______ | Previously Detained: Y ☐ N ☑ |
| Inmate/Prisoner/Register No.:______ | |

**ATTORNEY/AGENCY INFORMATION:**

| | | |
|---|---|---|
| ☐ Public Defender | Name: ______ | AUSA: David McCrary |
| ☐ CJA Panel | Address: ______ | Agent /Agency: FBI |
| ☐ Retained | Phone: ______ | Local Officer/Agency:______ |

RECEIVED
APR 08 2021
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) - NLT 10 years imprisonment; $10,000,000 Fine; or Both; NLT 5 years S/R; $100 S/A |
| 2-6, 11-14, 20, 45 | 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Distribution of Methamphetamine<br>Aiding and Abetting | 21 U.S.C. § 841(b)(1)(A) – NLT 10 years and NMT Life imprisonment; $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |
| 61 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 18 U.S.C. § 1956(a)(2)(A)(ii) - NMT 20 years imprisonment; $500,000 fine (or twice the value of the property involved in the transaction, whichever is greater), or both; NMT 3 years S/R, $100 S/A |
| 151-194 | 18 U.S.C. § 1956(a)(2)(A)<br>18 U.S.C. § 2 | International Money Laundering<br>Aiding and Abetting | 18 U.S.C. § 1956(a)(2)(A)(ii) - NMT 20 years imprisonment; $500,000 fine (or twice the value of the property involved in the transaction, whichever is greater), or both; NMT 3 years S/R, $100 S/A |

**Signature of AUSA:** [signature] **Date:** 04/07/2021

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Name: **LUCERO HERNANDEZ FLORES**

**CHARGING DETAILS (cont'd)**

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
| --- | --- | --- | --- |
| Forfeiture Allegations | 18 U.S.C. § 924(d)<br>21 U.S.C. § 853<br>28 U.S.C. § 2461(c) | Criminal Forfeiture | |

Signature of AUSA: ______________________

Date: 04/07/2021