**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR HERNANDEZ FLORES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CR-21-076-SLP |

# O R D E R

Before the Court is the parties' Joint Motion to Continue Trial [Doc. No. 776]. Defendant has also filed a Waiver of Speedy Trial [Doc. No. 777]. The Court finds that the parties have set forth good and compelling reasons for their request and believes that these reasons warrant a continuance of this matter. Specifically, given the extensive discovery, the multiple issues likely to be raised, the various statutory provisions charged, and the complexity of the charged conspiracy and underlying investigation (which includes multiple Title III wiretaps), the Court finds it necessary to continue the trial because the proper preparation of both the government and the defendants' case and the interests of justice outweigh the public or individual right to a speedy trial set forth in 18 U.S.C. § 3161, *et seq*.[1] For the same reasons, the Court excludes this extended time for purposes of the Speedy Trial Act.

---

[1] As set forth in the parties' Joint Motion, the Court previously declared this case complex. *See* Order [Doc. No. 203].

IT IS THEREFORE ORDERED, for the reasons set forth above and in the parties' Joint Motion, that the Joint Motion to Continue Trial [Doc. No. 776] is GRANTED.

IT IS FURTHER ORDERED that the March 2026 trial date and the standard motion deadlines are STRICKEN. This case shall be reset on the September 2026 trial docket.

IT IS FURTHER ORDERED that, upon request of the parties and pursuant to their joint submission of a proposed scheduling order, the Court shall separately enter a scheduling order regarding the scheduling of discovery disclosure, motion filings and responses, trial depositions, travel, expert testimony, and Rule 12 defenses, among other matters.

IT IS SO ORDERED this 27th day of February, 2026.

**SCOTT L. PALK**
**UNITED STATES DISTRICT JUDGE**